IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01448-MSK-MJW

DISH NETWORK, LLC, f/k/a EchoStar Satellite LLC,

Plaintiff(s),

v.

B4U U.S., INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Unopposed Motion for Entry of Stipulated Protective Order (docket no. 36) is GRANTED.  The written Stipulated Protective Order (docket no. 36-2) is APPROVED and made an Order of Court.

Date:  September 14, 2009