IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  09-cv-01448-MSK-MJW

DISH NETWORK, LLC, f/k/a EchoStar Satellite LLC,

Plaintiff(s),

v.

B4U U.S., INC.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the parties' Joint Motion to Amend Scheduling Order, Docket Number 53, filed with the Court on October 14, 2009 is GRANTED and Docket Number 46, Amended Scheduling Order, is AMENDED as follows:

1. The discovery cutoff date contained in Section 16(a), the deadline for disclosing expert witnesses contained in Section 16(c)(iii), and the deadline for the taking of depositions related to the breach of contract issue contained in Section 16(e) shall be extended up to and including November 16, 2009;

2. The deadline contained in Section 16(c)(iv) for rebuttal experts shall be extended up to and including December 11, 2009; and,

3. The deadline for serving interrogatories, requests for production of documents and requests for admission contained in Sections 16(g) and (h) shall be extended up to and including November 2, 2009, with responses due on or before November 12, 2009.

Date: October 16, 2009